UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

————————————————————x
MERISANT COMPANY,                          :    Civil Action No. 04-CV-5504
                                           :
              Plaintiff,                   :
                                           :    **McNEIL's PROPOSED**
       v.                                  :    **SPECIAL VERDICT FORM**
                                           :
McNEIL NUTRITIONALS, LLC and               :
McNEIL-PPC, INC.,                          :
                                           :
              Defendants.                  :
————————————————————x

We, the jury in this case, make these answers to the following questions:

**FALSE ADVERTISING UNDER FEDERAL LAW AND PENNSYLVANIA LAW**

**I.     "MADE FROM SUGAR, TASTES LIKE SUGAR" –- FALSITY**

**Question 1.**  Do you find that the advertising claim "made from sugar, tastes like sugar" is literally false?

             _____ YES                              _____ NO


          IF "YES," PROCEED TO QUESTION 2.

          IF "NO," SKIP QUESTIONS 2- 3 AND PROCEED TO QUESTION 4.


**Question 2.**  Do you find that the literal claim "made from sugar, tastes like sugar" is material in that it is likely to influence consumers' purchasing decisions?

             _____ YES                              _____ NO


          IF "YES," PROCEED TO QUESTION 3.

          IF "NO," SKIP QUESTION 3 AND PROCEED TO QUESTION 4.

1

**Question 3.**  Do you find that Merisant has been injured as a result of the literal claim "made from sugar, tastes like sugar"?

_____ YES                    _____ NO

**PROCEED TO QUESTION 4.**

II.     **"MADE FROM SUGAR, TASTES LIKE SUGAR" -- MISLEADING**

**Question 4.**  Do you find that the advertising claim "made from sugar, tastes like sugar" is misleading?

_____ YES                    _____ NO

**IF "YES," PROCEED TO QUESTION 5.**

**IF "NO," SKIP QUESTIONS 5-7 AND PROCEED TO QUESTION 8.**

**Question 5.**  Do you find that the advertising claim "made from sugar, tastes like sugar" actually deceives, or has a tendency to deceive, a substantial portion of its intended audience?

_____ YES                    _____ NO

**IF "YES," PROCEED TO QUESTION 6.**

**IF "NO," SKIP QUESTIONS 6-7 AND PROCEED TO QUESTION 8.**

**Question 6.**  Do you find the advertising claim "made from sugar, tastes like sugar" is material in that it is likely to influence consumers' purchasing decisions?

_____ YES                    _____ NO

**IF "YES," PROCEED TO QUESTION 7.**

**IF "NO," SKIP QUESTION 7 AND PROCEED TO QUESTION 8.**

1358177v1

**Question 7.**  Do you find that Merisant has been injured as a result of the advertising claim "made from sugar, tastes like sugar"?

_____ YES               _____ NO

**PROCEED TO QUESTION 8.**

III.   "MADE FROM SUGAR SO IT TASTES LIKE SUGAR" -- FALSITY

**Question 8.**  Do you find that the advertising claim "made from sugar so it tastes like sugar" is literally false?

_____ YES               _____ NO

IF "YES," PROCEED TO QUESTION 9.

IF "NO," SKIP QUESTIONS 9-10 AND PROCEED TO QUESTION 11.

**Question 9.**  Do you find the literal claim "made from sugar so it tastes like sugar" is material in that it is likely to influence consumers' purchasing decisions?

_____ YES               _____ NO

IF "YES," PROCEED TO QUESTION 10.

IF "NO," SKIP QUESTION 10 AND PROCEED TO QUESTION 11.

**Question 10.**  Do you find that Merisant has been injured as a result of the literal claim "made from sugar so it tastes like sugar"?

_____ YES               _____ NO

**PROCEED TO QUESTION 11.**

3

### IV. "MADE FROM SUGAR SO IT TASTES LIKE SUGAR" -- MISLEADING

**Question 11.**  Do you find that the advertising claim "made from sugar so it tastes like sugar" is misleading?

_____ YES          _____ NO

**IF "YES," PROCEED TO QUESTION 12.**

**IF "NO," SKIP QUESTIONS 12-14 AND PROCEED TO QUESTION 15.**

**Question 12.**  Do you find the advertising claim "made from sugar so it tastes like sugar" actually deceives, or has a tendency to deceive, a substantial portion of its intended audience?

_____ YES          _____ NO

**IF "YES," PROCEED TO QUESTION 13.**

**IF "NO," SKIP QUESTIONS 13-14 AND PROCEED TO QUESTION 15.**

**Question 13.**  Do you find that the advertising claim "made from sugar so it tastes like sugar" is material in that it is likely to influence consumers' purchasing decisions?

\_\_\_\_\_ YES          _____ NO

**IF "YES," PROCEED TO QUESTION 14.**

**IF "NO," SKIP QUESTION 14 AND PROCEED TO QUESTION 15.**

**Question 14.**  Do you find that Merisant has been injured as a result of the advertising claim "made from sugar so it tastes like sugar"?

_____ YES          _____ NO

4

**IF YOU ANSWERED "YES" TO *ALL* QUESTIONS WITHIN ANY *ONE* OF THE ABOVE SECTIONS – SECTION I (QUESTIONS 1-3), SECTION II (QUESTIONS 4-7), SECTION III (QUESTIONS 8-10) OR SECTION IV (QUESTIONS 11-14), PLEASE PROCEED TO SECTION V BELOW; OTHERWISE YOU MAY SKIP TO THE END OF THE VERDICT FORM AND HAVE THE FOREPERSON SIGN.**

V.   LACHES

**Question 15.**  On defendants' claim that plaintiff's false advertising claims are barred by the equitable doctrine of laches, as submitted in Instruction No. __, do you find that Merisant unreasonably delayed the filing of this lawsuit?

　　　　　_____ YES　　　　　　　　　　　_____ NO

　　IF "YES," PROCEED TO QUESTION 16.

　　IF "NO," SKIP QUESTIONS 16-17 AND PROCEED TO QUESTION 18.

**Question 16.**  On defendants' claim that plaintiff's false advertising claims are barred by the equitable doctrine of laches, as submitted in Instruction No. __, do you find that McNeil was prejudiced by Merisant's unreasonable delay in filing this lawsuit?

　　　　　_____ YES　　　　　　　　　　　_____ NO

　　IF "YES," PROCEED TO QUESTION 17.

　　IF "NO," SKIP QUESTION 17 AND PROCEED TO QUESTION 18.

**Question 17.**  On defendants' claim that plaintiff's false advertising claims are barred by the equitable doctrine of laches, as submitted in Instruction No. __, do you find that McNeil should be barred from raising the defense of laches because McNeil engaged in deliberate misconduct of a particularly egregious nature?

　　　　　_____ YES　　　　　　　　　　　_____ NO

　　IF "YES," PROCEED TO QUESTION 18.

　　IF "NO," YOU MAY SKIP TO THE END OF THE VERDICT FORM AND HAVE THE FOREPERSON SIGN.

5

1358177v1

## VI. DAMAGES

**Question 18.** Based on the standards set forth in Instructions ___, please write the amount of damages to which you have found the plaintiff entitled.

_____
(state the amount, or if you find that
plaintiff's damages do not have
a monetary value, write in
the nominal amount of
One Dollar [$1.00]))

**YOU HAVE COMPLETED YOUR DELIBERATIONS.  PLEASE HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BELOW.**

_____          _____
FOREPERSON'S SIGNATURE                                                                      DATE

1358177v1

Dated: April 2, 2007

                                Respectfully submitted,

                                Steven A. Zalesin
                                Clay J. Pierce
                                PATTERSON BELKNAP WEBB & TYLER LLP
                                1133 Avenue of the Americas
                                New York, New York  10036-6710
                                (212) 336-2000

                                and

                                DRINKER BIDDLE & REATH LLP
                                One Logan Square
                                18th and Cherry Streets
                                Philadelphia, Pennsylvania 19103-6996
                                (215) 988-2700

                                By: */s/ Alfred W. Putnam, Jr.*
                                       Alfred W. Putnam, Jr.
                                       David J. Kessler
                                       Andrea L. D'Ambra

Of Counsel:

    Donna Malin, Esq.
    Johnson & Johnson

1358177v1