# Exhibit A

# Merisant Defense Plan
# for
# Anticipated Splenda Launch

April 21, 2000

## Meeting Objective

- To dimensionalize the Splenda launch threat and outline plans to defend and grow the Merisant franchise

- Gain approval for defense plan funding in order to begin execution planning and concept development

DEFENDANT'S
EXHIBIT
2331

CONFIDENTIAL

MER00017254





CONFIDENTIAL

MER00017255

## Merisant Position

An AGGRESSIVE response is required - Splenda represents the biggest threat in the history of the business!

- Splenda success has varied country to country, based on their level of initial and ongoing support and strategic relevance
  - Canada and Australia have been most successful markets behind investment spending in initial years
  - A defense plan was not initiated early in either market, resulting in Equal share losses

## Splenda in Canada

- Prior to the Splenda launch (1992), category volume was declining; dollar sales were flat.
- Splenda's introduction grew category volume 6.1% to 17.5MM Eq Tsps vs. YAG.
- By 1994, category volume increased an additional 2.3% over 1992.

|                | 1991  | 1992  | Proj 1994 |
|----------------|-------|-------|-----------|
| Equivalent Tsps | 16.5  | 17.5  | 17.0      |
| % Change       | -4.6% | 6.1%  | 2.3%      |

3

CONFIDENTIAL

MER00017256



## Splenda in Canada

- Splenda invested $5.8 MM in advertising and generated $6.9 MM in sales during the first 2 years after its launch (1992-1994)
- Splenda support included the following consumer, medical, and trade vehicles:
  - National TV advertising (summer, fall)
  - Radio advertising supplemental to TV
  - Double page spreads in all major magazines at launch
  - Direct mail program to consumers
  - Recipe booklets
  - Display units/ trial sizes
  - Taste demos at food shows
  - Medical detailing by McNeil & LifeScan
  - Co-op advertising
  - Trade deals

CONFIDENTIAL

MER00017257



## Splenda in Australia & New Zealand

- Splenda achieved significant market share in Australia and moderate share in New Zealand

## Splenda in Australia & New Zealand

*The Splenda launch was high profile and specifically directed at Equal's inability to promote use in cooking and baking due to regulatory constraints.*

- Splenda - launched in 1993 in Australia & 1997 in New Zealand
- Positioning - made from sugar, so it tastes like sugar (to support cook and bake platform)
- Initial focus was on granular form
- Early years' promotional programs contained:
  - Media (TV and Magazines) with extensive use of cooking and baking
  - Demonstrations in conjunction with a leading Food Personality
  - Healthcare Practitioners Program
- Splenda's greatest share gain was during the first two years

5

CONFIDENTIAL

MER00017258

## Splenda's Anticipated Objectives

Based on an understanding of Splenda efforts in other countries and McNeil's aggressive development of Benecol and Splenda as an ingredient, McNeil will invest to realize high returns for the tabletop brand

Objectives:
- Achieve Year 2001 Net Sales of $65 MM; Year 2002 sales of $95 MM
- Gain a share of 10% in 2001 and 14% in 2002
- Grow the category 7% in year 2001 and 9% in year 2002

Source of Volume:
- Sugar Users (40% of volume)
- Current sugar substitute users (60% of volume)

## Splenda's Consumer Proposition

Positioning
- Primary: "Tastes like sugar because it's made from sugar"
- Secondarily: "Can be used virtually anywhere sugar is used, including cooking and baking."

Target
- Weight Conscious women
- Diabetic consumer

Product
- Assortment: Trial size, 100 ct packets, 200ct packets, club pack, 65g and 110g granular bulk

Price
- Price 10% below Equal

6

CONFIDENTIAL

MER00017259

## Splenda 2000-01 Potential $30+ MM Launch Plan

| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TV | | | | TV featuring Celebrity w/cooking credentials | | | | | TV | | TV | |
| Print | | | Women's service books/35+ books featuring Hope Warshaw | | | | | | | | | |
| FSI | | Intro FSI Free trial Save $1.0 | | FSI Save $1 | | | FSI Save $1 | | | FSI Save $.75 | | |
| In-store Sampling | | In-store samp. in 30,000 stores | | | | | Retpack coupons in retail products | | | | | |
| Out of Home Sampling | | | | Target sampling in "health clubs" etc. | | | | | | | | |
| In-store | | Trial Shpr | | IOM $2.00 | Trial Shpr | IOM $2.55 | | | Recipe Contest | | | |
| Direct Mail | | W/ samples | | | | W/ coupon | | | W/ coupon | | W/ coupon | |
| Catalina | | | | | Compet Coupon | | Competitive Coupon | | | | | |
| PR | Press Event | | | | | | | | | | | |
| Infomercial | | | INFOMERCIAL | | | | | | | | | |
| Website | | | | | | | | | | | | |

## Splenda Potential Diabetic Launch Plan

| | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Print | | | Diabetic Print "Free trial size" coupon - Hope Warshaw | | | | | | | | | |
| Direct Mail | | | | Free Trial | | | | | | | | |
| Sampling | | | Health related shows, events, mall, walk sponsorship | | | | | | | | | |
| Doctors | | Doctor Detailing | | Doctor office samples | | | | | | | | |
| Website | | | | | | | | | | | | |
| HRP Pharm Prog | | | | | | | | | | | | |
| Health Conf. | ADA | | | | | | | IDF | ADbA | AACE | | |
| Starter Kits | | | | | | | | | | | | |
| Partnership Prog | | | | | | | | | | | | |

7

CONFIDENTIAL

MER00017260



8

CONFIDENTIAL

MER00017261

# Implications for Merisant
## and
## Recommended Response Plan

# Merisant Defense Plan Objectives

The Merisant Defense Plan Objectives

- Minimize long term impact to Brands
  - Achieve Merisant Market Share of of 24.0% in 2002
  - Hold Splenda share to 8% in 2002
- Minimize Operating Earnings Loss

9

CONFIDENTIAL

MER00017262

## Splenda Defense Impact on Merisant

Aggressive defense against Splenda to preserve long term franchise value will affect 2000-01 Operating Earnings

| Cumulative Impact 2000-02 | LOW SPENDING | MODERATE SPENDING | HIGH SPENDING |
|---|---|---|---|
| Defense Spending Levels | $12.5 MM | $27.5 MM | $52.5 MM |
| Td Operating Earnings | ($32.5 MM) | ($40.0 MM) | ($54.0 MM) |
| Merisant Share | 23.3% | 23.5% | 24% |
| Splenda Share | 14% | 10% | 8% |

## Splenda Defense Impact Detail

| | 2000 | 2001 | | 2002 | |
|---|---|---|---|---|---|
| | | Low Spend | High Spend | Low Spend | High Spend |
| Category Growth | 2.0 | 5.0 | 7.0 | 3.0 | 3.0 |
| Market Share | | | | | |
| Merisant | 24.0 | 21.6 | 23.2 | 23.2 | 24.0 |
| Splenda | 2.0 | 10.0 | 6.0 | 14.0 | 8.0 |
| Net Sales Loss (SMM) | (3.7) | (15.7) | (8.0) | (8.1) | (4.1) |
| Total Increase Spend (SMM) | (2.5) | (5.0) | (25.0) | (5.0) | (15.0) |
| Op Earning Less (SMM) | (5.2) | (16.5) | (30.8) | (10.9) | (18.0) |

*10*

CONFIDENTIAL

MER00017263

## Merisant Defense Plan Approach

We will respond to the Splenda threat by leveraging our brand portfolio

*Equal Leadership Marketing*

■ As market leader, Equal will command the "high road" by aggressively defending its consumer base through equity building, added value to consumers, and retail leadership

*NutraSweet Fighter Brand Marketing*

■ NutraSweet will aggressively defend its position in the Value Segment by providing strong consumer value in store

## Merisant Defense Plan Strategies

**Retain Current Users**
- Insulate current users from Splenda trial
- Increase loyalty of dietetic consumers and increase presence among key influencers
- Pre-emptively increase awareness of cook/bake message with Equal
- Enhance NutraSweet's position as the preferred value segment brand

**Obtain New Users**
- Broadly communicate brand equity message of "Tastes like sugar"
- Increase newly diagnosed diabetic initiatives (within Retain Current)

**Expand Trade Leadership**
- Launch volume generating incentive programs designed to improve retail execution of volume drivers

*11*

MER00017264

## Merisant Defense Plans/Tactics

What you will see in the plan today

■Today's review is of the core plan elements that will successfully defend the franchise.

■Today's review is not a presentation of the plan's "umbrella" consumer and retailer communication theme, or other specific creative concepts. That work will follow plan approval.



12

CONFIDENTIAL

MER00017265





13

CONFIDENTIAL

MER00017266





*14*

CONFIDENTIAL

MER00017267



*15*

CONFIDENTIAL

MER00017268

**2000-2001 Merisant Defense RM Plan**



**Merisant Defense Trade Promotion Plan - Equal**

16

CONFIDENTIAL

MER00017269

## Trade Promotion Plan - NutraSweet

| | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUTRASWEET BASE PLAN | | | | | | | | | | | | | |
| Net 110% OI | | FDM | | | | | FDM | | | FDM | | | |
| WOF | | Fd Com Effect DIM Key Acct | | | | Fd Com Mktg DIM Key Acct | | | | Fd Com Mktg DIM Key Acct | | | |
| INCREMENTAL | | | | | | | | | | | | | |
| Work & Earn | | | | | | | | | | | | | |
| 200 ct PCGO 5 pk | | FDM | | | | | FDM | | | | | | |

## Recommended Plan Spending Summary

| Base Spending Plan | | Incremental Spending Plan | |
|---|---|---|---|
| ■ Equal Consumer Promo | 2,500 | Equal Consumer Promo | 7,625 |
| | | ■ FSI/Coupon in Gen. Pubs. | 2,920 |
| | | ■ Added value to Shippers | 200 |
| | | ■ Shelf Taker/CM | 950 |
| | | ■ Sampling - wet | 1,000 |
| | | ■ Sampling - dry | 1,000 |
| | | ■ Equal Flanker IRCs | 795 |
| | | ■ In-pack coupons | 760 |

17

CONFIDENTIAL

MER00017270

## Recommended Plan Spending Summary

| Base Spending Plan | | Incremental Spending Plan | |
|---|---|---|---|
| | | Equal Relationship Mktg | 1,650 |
| Equal Relationship Mktg | 4,300 | ■ Incremental DB Mailings | 650 |
| | | ■ Increase Coupon Value ATE | 200 |
| | | ■ Newly Diagnosed Mailing | 100 |
| | | ■ Increased Show Presence | 100 |
| | | ■ Increase Diab. Presence - Web | 50 |
| | | ■ Increased ADA Programming | 200 |
| | | ■ Expanded HCP Efforts | 150 |
| Equal Advertising | 4,000 | ■ Partner Programs | 100 |
| | | ■ Cook, Bake Events, Cookbook | 100 |
| | | Equal Advertising | |
| | | ■ TV | 12,000 |

## Recommended Plan Spending Summary

| Base Spending Plan | | Incremental Spending Plan | |
|---|---|---|---|
| NutraSweet Consumer Promo | 900 | NutraSweet Consumer | 340 |
| | | ■ Redesign Packaging | 40 |
| Equal Trade Marketing | 11,000 | ■ IRCs | 300 |
| | | Equal Trade Marketing | 4,235 |
| | | ■ Bonus Pack | 1,335 |
| | | ■ Trial Size Shipper | 900 |
| | | ■ Work & Earn Program | 2,000 |
| NutraSweet Trade Marketing | 1,300 | NutraSweet Trade Marketing | 640 |
| | | ■ Buy One Get One | 440 |
| | | ■ Improved Trade Programs | 200 |
| Total Base Spending | 24,000 | Total Incremental Spend | $26,490 |

18

CONFIDENTIAL

MER00017271

**Exhibit B**

CONFIDENTIAL

| BEGBATES | ENDBATES | CUSTODIAN |
|---|---|---|
| MER00000001 | MER00006836 | Abdallah, Amy |
| MER00006837 | MER00007676 | Edelstein, Lael |
| MER00007677 | MER00008319 | Boyce, Jane |
| MER00008320 | MER00008728 | Golomb, Jennifer |
| MER00008729 | MER00010354 | Abdallah, Amy |
| MER00010355 | MER00010711 | Resch, Roxanne |
| MER00010712 | MER00012512 | Abdallah, Amy |
| MER00012513 | MER00014162 | Burke, Genevieve |
| MER00014163 | MER00016513 | Abdallah, Amy |
| MER00016514 | MER00016862 | Kim, Angela |
| MER00016863 | MER00018358 | Shulman, Amy |
| MER00018359 | MER00019935 | Abdallah, Amy |
| MER00019936 | MER00019956 | Jones, Barb / Donald, Arnold |
| MER00019957 | MER00019978 | Beccastro, Mike |
| MER00019979 | MER00021516 | Tanios, Michelle |
| MER00021517 | MER00021647 | Schwatz, Risa |
| MER00021648 | MER00021710 | Burke, Genevieve |
| MER00021711 | MER00021716 | Hotz, Deb |
| MER00021717 | MER00021722 | Marye, Felisha |
| MER00021723 | MER00021740 | Esparrago, Diane |
| MER00021741 | MER00021746 | Abdallah, Amy |
| MER00021747 | MER00024220 | Schwatz, Risa |
| MER00024221 | MER00032655 | Abdallah, Amy |
| MER00032656 | MER00032684 | Ahonen, Janet |
| MER00032685 | MER00035340 | Boyce, Jane |
| MER00035341 | MER00035734 | Burke, Genevieve |
| MER00035735 | MER00036992 | Camacho, Elisa |
| MER00036993 | MER00037858 | Cook, Robin |
| MER00037859 | MER00038456 | Cordero, Pilar |
| MER00038457 | MER00039503 | Cuervo, Javier |
| MER00039504 | MER00039585 | Edelstein, Lael |
| MER00039586 | MER00039831 | Frahler, Ron |
| MER00039832 | MER00039839 | Ganem, Ricardo |
| MER00039840 | MER00040025 | Golomb, Jennifer |
| MER00040026 | MER00040158 | Kamerer, Vanessa |
| MER00040159 | MER00040302 | Marye, Felischa |
| MER00040303 | MER00040921 | Norton, Ian |
| MER00040922 | MER00040932 | Sawyer, John |
| MER00040933 | MER00041105 | Schuster, Beth |
| MER00041106 | MER00041132 | Shulman, Amy |
| MER00041133 | MER00041186 | Gonzalez, Sammy |
| MER00041187 | MER00041193 | Cuervo, Javier |
| MER00041194 | MER00041681 | Gonzalez, Sammy / Soto, Marileana |
| MER00041682 | MER00041683 | Van Roadshooven,Tirzah |
| MER00041684 | MER00042190 | Gonzales, Sammy / Soto, Marileana |
| MER00042191 | MER00042907 | Mavity, Steve/ Lopez-Erb, Santiago |
| MER00042908 | MER00042921 | Grayson, Warren |
| MER00042922 | MER00043398 | Kissam, Luke / Grayson, Warren |
| MER00043399 | MER00043407 | Hoster, Jeffrey |
| MER00043408 | MER00043410 | Burke, Genevieve |
| MER00043411 | MER00043417 | Cuervo, Javier |

CONFIDENTIAL

| MER00043418 | MER00047078 | Mavity, Steve |
| MER00047079 | MER00047187 | Edelstein, Lael |
| MER00047188 | MER00047466 | Doyle, John |
| MER00047467 | MER00047499 | Cordero, Pilar |
| MER00047500 | MER00047616 | McDonnel, Kurt |
| MER00047617 | MER00047626 | Schuster, Beth |
| MER00047627 | MER00047757 | Veber, Etienne |

# Exhibit C

| | |
|---|---|
| **From:** | Boyce, Jane M |
| **Sent:** | Monday, January 31, 2005 2:49 PM |
| **To:** | Shulman, Amy; Burke, Genevieve; Abdallah, Amy L; Caron, Michael; Norton, Ian M; Beccastro, Mike |
| **Subject:** | RE: Equal Monthly Competitive Update |

Splenda's reported media spend in 2003 was $21.4M. ($16.35M TV, $5.1M print).
Therefore, Splenda's 2004 media spend of $36.4M was a increase of $15M or 70% over prior
year.  There is a shift in mix occuring.  In '03, print accounted for 24% of media
dollars, in '04 print was 41% of media dollars.  (The first quarter of '03, Splenda did
not have a print campaign.)


-----Original Message-----
From: Shulman, Amy
Sent: Monday, January 31, 2005 1:37 PM
To: Burke, Genevieve; Abdallah, Amy L; Caron, Michael; Norton, Ian M; Beccastro, Mike
Cc: Boyce, Jane M
Subject: FW: Equal Monthly Competitive Update


FYI on Splenda's spending.  Jane, do you have 2003 spending?  How significant an increase
was 2004? Thanks


Amy Shulman
Vice President of Marketing N.A.
Merisant
10 S. Riverside Suite 850
Chicago, IL  60606
p:  312-840-5141
Amy.Shulman@Merisant.com

-----Original Message-----
From:    Mariam Dilawari [mailto:mdilawari@mediakitchen.tv]
Sent: Monday, January 31, 2005 12:03 PM
To:   Shulman, Amy
Subject:   Equal Monthly Competitive Update


 Jane,

Per your request, attached please find the updated 2004 Competitive Report. All
competitive data has been provided by Stradegy.  We have provided activity by week,
quarter, and YTD for TV, while Print is shown by month.  Although some activity has been
reported through December, we expect final numbers for all competitive activity to be
available by March, when we will deliver a deeper analysis.
Below is an overview of key findings and notable activity throughout the year:
Brand Findings
* Splenda: Total spend of $36.4MM in TV and Print.

TV/PRINT Ratio: 59/41
TV Recap
* Total TV Spend: $21.3MM
* Network: 61%
* Spot: 7%
* Cable: 20%
* Syndication: 12%

Splenda's flighting was consistent throughout the YTD, with a heavy up in Q3.
Concentrating on Network and Cable TV, leads us to believe their media strategy is reach-

1

CONFIDENTIAL

MER00035531

focused among women 35+.
Print Recap
* Total Print Spend: $15.1MM
* Consumer Magazines: 96%
* Trade Publications: 4%

Splenda ran print throughout the year, heavying up in November and December for the
holiday season. The publication selection included those within the Shelter, Women's
Service, Epicurean, Health & Fitness, and Entertainment categories. Their use of broad-
based print and through reviewing the median age with the selected publications, we can
derive that the strategy is reach-focused.
Although they only spent 4% of their Print budget on trade, they had a strong presence
over an extensive list of publications within the Food Management, Baking, Beverage, and
Dairy categories, while both Equal and Sweet N' Low ran in solely Restaurant and
Hospitality trade publications.

* Sweet N' Low: Total spend of $2.3MM.

TV/PRINT Ratio: 83/17
TV Recap
* Total TV Spend: $1.9MM
* Network: 0%
* Spot: 2%
* Cable: 0%
* Syndication: 98%

Sweet n' Low allocated their limited dollars to have TV presence in Q1 and Q2, while
remaining dark from July-November. The majority of the $1.9MM was spent in syndication.
Print Recap
* Total Print Spend: $400M
* Consumer Magazines: 64%
* Trade Publications: 36%

Sweet N' Low spent over half of their print budget on one insertion in the January issue
of Good Housekeeping, which is the only consumer print used, while the other $145M went
directly to insertions in trade publications.

* Equal: Equal spent a total of $9.2MM

TV/PRINT Ratio: 45/55
TV Recap
* Total TV Spend: $4.1MM
* Network: 55%
* Spot: 1%
* Cable: 14%
* Syndication: 30%

The majority of the TV budget was used in Q1 and Q4.
Print Recap
* Total Print Spend: $5.1MM
* Consumer Magazines: 79%
* Trade Publications: 21%

Similar to Splenda, the book selection included those of the Shelter, Women's Service,
Epicurean, Health & Fitness, and Entertainment categories. Both ran insertions within
Parade; one insertion accounted for 12% of the entire print budget. Equal had a presence
in print with a heavy up from March-July.
Equal allocated more towards trade publications than both Splenda and Sweet N' Low. They
outspent Splenda by 26.7% and Sweet N' Low by 51.2%. This was the only category in which
we were able to outspend Splenda.
Although we ran a few insertions in December, no activity has been reported as of yet.

Category Insights
All three brands allocated significant dollars towards their TV plans. The overall
TV/PRINT Ratio was a 57/43. There was no apparent seasonality pattern across the brands,

2

CONFIDENTIAL

MER00035532

each flighted their schedules differently, providing presence throughout the year with the exception of Sweet N' Low as their budget would not allow for continuity.   Both Splenda and Equal spent most of their dollars towards Network TV, while Sweet N' Low ran mostly with syndication.
The consumer print of the three brands focused on those the shelter, women's service, Epicurean, and health/fitness publications, specifically within the Women 35+ category. As with previous learnings, Splenda continues to be the dominant advertiser within the Low Calorie Sweetener category, accounting for 78% of all media spending.

Please let us know if you have any questions or concerns.
Thank you,
---
Mariam Dilawari
Media Strategist
The Media Kitchen
p.(212)337-4556
f.(646)336-6627

3

CONFIDENTIAL

MER00035533